DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD TIGER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2706

[May 30, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 06-10555CF10A.

Robert M. Erickson of Reynoso Erickson Trial Law, North Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***